# In The United States Court of Federal Claims

## Cover Sheet

RECEIVED
Feb 9 2018
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

18-206 C

Plaintiff(s) or Petitioner(s)

Names: _____

Location of Plaintiff(s)/Petitioner(s) (city/state): _____

_____
(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): _____

    Firm Name: _____

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box: _____

Street Address: _____

City-State-ZIP: _____

Telephone & Facsimile Numbers: _____

E-mail Address: _____

Is the attorney of record admitted to the Court of Federal Claims Bar?    □ Yes    □ No

_____

Nature of Suit Code: _____
Select only one (three digit) nature-of-suit code from the attached sheet. See attached sheet for three-digit codes. If number 213 is used, please identify partnership or partnership group:

_____

Agency Identification Code: _____

Number of Claims Involved: _____

Amount Claimed: $ _____
Use estimate if specific amount is not pleaded.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ _____

    Was this action preceded by the filing of a protest before the GAO?    □ Yes    □ No

    If yes, was a decision on the merits rendered?    □ Yes    □ No

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related Case:
Is this case directly related to any pending or previous cases?    □ Yes    □ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.