IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

FILED
Feb 9 2018
U.S. COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| **ACCOUNT CONTROL TECHNOLOGY, INC.,** | ) <br> ) <br> ) |
| **Plaintiff,** | ) Case No. 18-206 C <br> ) |
| v. | ) Judge _____ <br> ) |
| **UNITED STATES OF AMERICA,** | ) <br> ) <br> ) |
| **Defendant.** | ) |

## PLAINTIFF'S NOTICE OF DIRECTLY RELATED CASE

Pursuant to Rule 40.2(a) of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff, Account Control Technology, Inc. ("ACT") files this notice of a directly related case as follows:

(i) This action is directly related to another action pending before the Honorable Judge Thomas Wheeler of the United States Court of Federal Claims filed on April 7, 2017: *Account Control Technology, Inc. v. United States*, No. 17-493.  This case was consolidated with the following actions on September 5, 2017: *Continental Service Group, Inc. v. United States*, COFC No. 17-449; *Pioneer Credit Recovery, Inc. v. United States*, No. 17-499, *Alltran Education, Inc. v. United States*, No. 17-517, *Progressive Financial Services, Inc. v. United States*, No. 17-558, *Collection Technology, Inc. v. United States*, No. 17-578, *Van Ru Credit Corp. v. United States*, No. 17-633.  The case caption for the consolidated actions is No. 17-449.

(ii) This case is directly related to COFC Case No. 1:17-cv-00449-SGB pursuant to RCFC 40.2(a)(2). Both actions involve contracts awarded by the United States Department of

Education ("ED") under Solicitation No. ED-FSA-16-R-0009 for debt collection services. The actions involve the same parties and are based on similar claims of unreasonable agency action.

(iii) Assigning ACT's case and *Continental Service Group, Inc. v. United States*, COFC Case No. 1:17-cv-00449-SGB to a single judge can be expected to conserve judicial resources and promote the efficient determination of justice.

                                                     Respectfully submitted,

Dated: February 9, 2018

                                                     /s/ Jonathan S. Aronie
                                                     Jonathan S. Aronie
                                                     Attorney for Account Control Technology, Inc.

                                                     Sheppard Mullin Richter & Hampton LLP
                                                   2099 Pennsylvania Avenue, NW, Suite 100
                                                   Washington, D.C. 20006-6801
                                                   Washington, DC 20006-6801
                                                   Telephone (202) 747-1902
                                                   Direct Facsimile (202) 747-3800
                                                   Email: JAronie@sheppardmullin.com

## **CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing Notice of Directly Related Case to be served by hand delivery and electronic mail this 9th day of February 2018 to:

> U.S. Department of Justice
> Commercial Litigation Branch
> 1100 L Street NW, 8th Floor
> Washington DC 20530
> nationalcourts.bidprotest@usdoj.gov

>> /s/ Jonathan S. Aronie
>> Jonathan S. Aronie
>> Attorney for Account Control Technology, Inc.
>>
>> Sheppard Mullin Richter & Hampton LLP
>> 2099 Pennsylvania Avenue NW, Suite 100
>> Washington, DC 20006-6801
>> Telephone (202) 747-1902
>> Direct Facsimile (202) 747-3800
>> Email: JAronie@sheppardmullin.com