**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

FILED
Feb 9 2018
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **ACCOUNT CONTROL TECHNOLOGY, INC.,** | ) |
| Plaintiff, | ) ) Case No. 18-206 C |
| v. | ) ) Judge _____ |
| **UNITED STATES OF AMERICA,** | ) ) |
| Defendant. | ) ) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, Plaintiff, Account Control Technology, Inc., hereby discloses as follows: ACT Holdings, Inc. is the parent corporation of ACT. ACT Holdings, Inc. is a private company and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

Dated: February 9, 2018

/s/ Jonathan S. Aronie
Jonathan S. Aronie
Attorney for Account Control Technology, Inc.

Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Avenue NW, Suite 100
Washington, DC 20006-6801
Telephone (202) 747-1902
Direct Facsimile (202) 747-3800
Email: JAronie@sheppardmullin.com

## **CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing Corporate Disclosure Statement to be served by hand delivery and electronic mail this 9th day of February 2018 to:

    U.S. Department of Justice
    Commercial Litigation Branch
    1100 L Street NW, 8th Floor
    Washington DC 20530
    nationalcourts.bidprotest@usdoj.gov

    /s/ Jonathan S. Aronie
    Jonathan S. Aronie
    Attorney for Account Control Technology, Inc.

    Sheppard Mullin Richter & Hampton LLP
    2099 Pennsylvania Avenue NW, Suite 100
    Washington, DC 20006-6801
    Telephone (202) 747-1902
    Direct Facsimile (202) 747-3800
    Email: JAronie@sheppardmullin.com