# In the United States Court of Federal Claims

No. 18-206C

(Filed: February 12, 2018)

```
*****************************************
                                          *
ACCOUNT CONTROL TECHNOLOGY,               *
INC.,                                     *
                                          *
                Plaintiff,                *
                                          *
v.                                        *
                                          *
THE UNITED STATES,                        *
                                          *
                Defendant.                *
                                          *
*****************************************
```

## ORDER

The Court will hold a scheduling conference in the above-captioned bid protest on Tuesday, February 13, 2018, at 2:00 PM EST in the National Courts Building, 717 Madison Pl. N.W., Washington, D.C.

The scheduling conference will be unsealed and open to the public. The Court has also decided that dial-ins will not be permitted. Any interested party who is unable to attend in person may obtain a transcript of the proceeding. If any lead attorney for a named party is unable to attend, the Court encourages them to send a representative on their behalf but will not penalize them for their absence.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge
